Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 19–30092–MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jacinto E. Guaman
   1019 Ocean Road
   Point Pleasant, NJ 08742

Social Security No.:
   xxx–xx–6696

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/10/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 10, 2020
JAN: ckk

                                                               Jeanne Naughton
                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-30092-MBK
Jacinto E. Guaman                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jan 10, 2020
                              Form ID: 148             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2020.
db          +Jacinto E. Guaman,    1019 Ocean Road,    Point Pleasant, NJ 08742-2354
cr          +THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW,     Phelan Hallinan & Schmieg, PC,
              1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
518528996   +Bank of New York Mellon,     1600 S Douglass Road 200-A,    Anaheim, CA 92806-5948
518528995   +Bank of New York Mellon,     Phelan Hallinan Diamond & Jones PC,    1617 JFK Boulevard 1400,
              Philadelphia, PA 19103-1814
518528997   +Carrington Mortgage Services LLC,     PO Box 3010,    Anaheim, CA 92803-3010
518528998   +Ernestina Guaman,    631 Manetta Drive N,    Point Pleasant, NJ 08742-3024
518528999   +Ernestina Guaman,    629-631 North Manetta Drive,    Point Pleasant, NJ 08742-3024
518529000   +Ernestine Guaman,    631 Manetta Drive N,    Point Pleasant Beach, NJ 08742-3024
518529001   +Ernestine Guaman,    631 N Manetta Drive,    Point Pleasant, NJ 08742-3024
518529002   +Jean Lucy,   106 Fairview Place,    Neptune, NJ 07753-5719
518529003   +Ocean Medical Center,    Hackensack Meridian Health,    PO Box 650292,    Dallas, TX 75265-0292
518529005   +Ocean Medical Center,    PO Box 34019,    Newark, NJ 07189-0001
518529004   +Ocean Medical Center,    Marvel & Maloney PC,    PO Box 727,    Neptune, NJ 07754-0727
518529006    Paula H. Yarusi & Jean Lucy,    420 Ocean Avenue,    Monmouth Beach, NJ 07750
518529008   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court:   State of New Jersey,    Division of Taxation,    Bankruptcy Section,
              PO Box 245,    Trenton, NJ 08695)
518623629   +THE BANK OF NEW YORK MELLON ET.AL.,     CARRINGTON MORTGAGE SERVICES, LLC,
              Bankruptcy Department,    1600 SOUTH DOUGLASS ROAD,    ANAHEIM CA 92806-5951

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2020 00:31:55     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2020 00:31:52     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
518529007   +E-mail/Text: jennifer.chacon@spservicing.com Jan 11 2020 00:33:18
              Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
518646021    E-mail/Text: jennifer.chacon@spservicing.com Jan 11 2020 00:33:18    U.S. Bank et. al,,
              c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
518529009    EDI: USBANKARS.COM Jan 11 2020 04:58:00    US Bank,    PO Box 790409,    St. Louis, MO 63179
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2020 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW
               YORK AS TRUSTEE ET.AL. nj.bkecf@fedphe.com
              Joseph I. Windman    on behalf of Debtor Jacinto E. Guaman jwindman@aol.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle
               Bank National Association, Et Al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Robert Davidow    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK
               AS TRUSTEE ET.AL. nj.bkecf@fedphe.com

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Jan 10, 2020
                              Form ID: 148             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                          TOTAL: 6